**STATE v. WHITE**

[350 N.C. 302 (1999)]

STATE OF NORTH CAROLINA v. JULIUS WAYNE WHITE

No. 154A98

(Filed 9 April 1999)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 129 N.C. App. 52, 496 S.E.2d 842 (1998), affirming the judgment entered by Allen (J.B., Jr.), J., on 10 October 1996 in Superior Court, Alamance County, revoking defendant's probation and sentencing him to a term of imprisonment. On 8 July 1998, the Supreme Court granted defendant's petition for discretionary review as to additional issues. Heard in the Supreme Court 17 November 1998.

*Michael F. Easley, Attorney General, by Bruce S. Ambrose and M. Janette Soles, Assistant Attorneys General, and Robert Hargett, Special Deputy Attorney General, for the State.*

*Daniel H. Monroe for defendant-appellant.*

PER CURIAM.

AFFIRMED IN PART; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART.

Justices MARTIN and WAINWRIGHT did not participate in the consideration or decision of this case.